**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**     Case No: 17-cr-40085-TC-1
      Plaintiff,     AUSA: Lindsey Debenham
                        Defendant: Tom Bartee, AFPD

v.

**DARNELL TYREE-PEPPERS,**
      Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | June 20, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:38 p.m. |
| INTERPRETER: | _____ | PROBATION: | Courtney Smith |

## PROCEEDINGS

☐ Initial Appearance – min.     ☒ **Initial Revocation Hearing – 21 min.**     ☐ Bond Hearing – min.
☐ Arraignment – min.     ☐ Initial Rule 5(c)(3) – min.     ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.     ☐ Preliminary Hearing – min.     ☐ In-Court Hearing – min.

☐ Defendant sworn     ☒ **Examined re: financial status**     ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**

☐ Bond Revoked     ☐ Continued on present conditions     ☐ Release Order executed     ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Final Revocation: August 16, 2023, at 1:30 p.m. before Judge Crouse in Topeka Courtroom 401.**
☒ **Defendant's next appearance: Detention Hearing on June 22, 2023, at 12:00 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:** Defendant appears in person, in custody and the court appoints Tom Bartee. Lindsey Debenham appears for the government on behalf of Stephen Hunting. Government moves for detention. Defendant waives a preliminary hearing in open court. The court, after hearing the proffers counsel, continues the detention hearing to allow probation time to investigate the proposed release plan. Defendant is remanded to the custody of the U.S. Marshal.